**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7501**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RUPERT O. STONECIPHER,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge. (CR-90-156)

———————————

Submitted: March 13, 1997        Decided: March 19, 1997

———————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rupert O. Stonecipher, Appellant Pro Se. Hunter P. Smith, Jr., Assistant United States Attorney, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rupert Stonecipher appeals the district court's order denying Stonecipher's motion to remit his fine. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Stonecipher</u>, No. CR-90-156 (S.D.W. Va. Sept. 10, 1996). Stonecipher's motion for provision of transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>